**Motion Granted and Order filed June 23, 2015**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-14-00708-CR

—————————

### ODEL RODRICK ALLEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1324945**

## ORDER

The State filed a motion to seal or strike appellant's brief because it discloses the name of a child victim of family violence under the age of 17. *See* Tex. Code Crim. Proc. Art. 57B.02(h). The motion to strike is GRANTED. Accordingly, appellant is ordered to file a brief that does not contain the name of a child victim of family violence under the age of 17.

Further, this appeal was abated on June 2, 2015, for the trial court to file written fact findings and conclusions of law on the voluntariness of appellant's statement. A supplemental clerk's record containing those findings and conclusions was filed June 17, 2015. Accordingly, the appeal has been reinstated. Appellant's brief may therefore reference the trial court's written findings and conclusions if appropriate.

Appellant's brief is due within 30 days of the date of this order.

PER CURIAM